# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1438
L.T. Case No. 42-2025-CA-591

_____

THEODORE SURRENCY,

Appellant,

v.

STATE OF FLORIDA and
DEPARTMENT OF CORRECTIONS,

Appellees.

_____

On appeal from the Circuit Court for Marion County.
Steven Glen Rogers, Judge.

Theodore Surrency, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee, State of Florida.

No Appearance for Appellee, Department of Corrections.

September 16, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____